ACCEPTED
01-14-00687-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 1:48:25 PM
CHRISTOPHER PRINE
CLERK

**PORTER HEDGES** LLP

**Lauren B. Harris**
Partner
BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF
LEGAL SPECIALIZATION
(713) 226-6624 Phone
(713) 226-6224 Fax
LHarris@porterhedges.com

1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000 TEL
(713) 228-1331 FAX
porterhedges.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 1:48:25 PM
CHRISTOPHER A. PRINE
Clerk

March 25, 2015

000550/0026

The Honorable Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin
Houston, Texas  77002-2066

> Re:  Court of Appeals Number:  01-14-00687-CV
> Trial Court Case Number:  2013-76215
> *The Better Business Bureau of Metropolitan Houston, Inc., et al. v. John Moore Services, Inc. and John Moore Renovation, LLC*

Dear Mr. Prine:

This letter confirms that our office is in receipt of your letter setting oral argument of the above cause in the First Court of Appeals, on March 31, 2015 at 1:30 p.m.  It is my understanding that the case has not been removed from the docket.

I will present oral argument on behalf of Appellants The Better Business Bureau of Metropolitan Houston, Inc., The Better Business Bureau of Metropolitan Houston Education Foundation, Dan Parsons, Chris Church, Church Enterprises, Inc. a/k/a Church Services, Gary Milleson, Ronald N. McMillan, D'Artagnan Bebel, Mark Goldie, Charlie Hollis, and Steven Lufburrow.  Please feel free to contact me should you have any questions.

> Very truly yours,
>
> /s/ Lauren B. Harris
>
> Lauren B. Harris

LBH/cld

cc:  Mr. Douglas Pritchett, Jr.
Johnson, Trent, West & Taylor, L.L.P.
919 Milam Street, Suite 1700
Houston, Texas  77002

4853056v1